Next matter on the docket is Dorman v. Madison County, No. 5-24-1003.